IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOLLIE F. FUENTES-COLETTI            :            CIVIL ACTION
                                     :
            v.                       :
                                     :
CAROLYN W. COLVIN,                   :
Acting Commissioner of the Social    :
Security Administration              :            NO. 15-4321

## ORDER

**AND NOW**, this day of November, 2016, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated October 28, 2016, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.    The Plaintiff's request for review is **DENIED**; and

3.    **JUDGMENT** is **ENTERED** in favor of the Defendant.

BY THE COURT:

John R. Padova, J.